E-FILED: **7/30/10**
JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Irma Romero* | CASE NO. CV 10-2041-GHK (RCx) |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| *EMC Mortgage Corp., et al.* | |
| Defendants. | |

Based on our July 16, 2010 Order granting Defendant EMC Mortgage Corporation's ("EMC") Motion to Dismiss against Plaintiff Irma Romero ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** with respect to Defendant EMC.

Based on our July 30, 2010 Order dismissing the remaining Defendant for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant Litton Loan Servicing LP.

**IT IS SO ORDERED**.

DATED: July 30, 2010

_____
GEORGE H. KING
United States District Judge